# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ROBYN LYNN HECKMAN                                Chapter 13
       ZACHARY WINTHHROP HECKMAN

                                                             Case No.: 24-40021-can-13

**Debtors**

SSN XXX-XX-8731
SSN XXX-XX-8196

---

## AMENDED ORDER DIRECTING EMPLOYER TO MAKE PAYMENTS TO TRUSTEE

---

PLAN PAYMENTS - ZACHARY WINTHHROP HECKMAN

| Due Date | Amount | Periods |
|---|---|---|
| February 09, 2024 | $2,225.00 monthly | 3.00 |
| May 09, 2024 | $2,400.00 monthly | Until further Order of the Court |

AMAZON.COM SERVICES LLC
ATTN:  PAYROLL DEPARTMENT
202 WESTLAKE AVE N
SEATTLE, WA  98109

    It is ORDERED that the herein named employer of the debtor noted above is hereby directed, until further ORDER of this Court, to deduct from the earnings of the debtor, beginning with the next payday following the receipt of said ORDER, and to pay directly for the debtor forthwith the payments listed on the schedule above to:

Richard V. Fink
Chapter 13 Trustee
P.O. Box 1839
Memphis, TN 38101-1839

    It is further ORDERED that all salary, commissions and wages of the debtor, except the amount required to be withheld by the provisions of any federal or state law, or regulation on insurance, pension or union dues agreement between the employer and the debtor, or by the Order of the Court, be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure, and that no deduction other than the authorized or directed deductions by this Order be made by said employer.

It is further ORDERED that the employer notify the Trustee of any termination of employment of the debtor.

You can contact the Trustee's office at (816) 842-1031.

Failure to comply with this Order may result in the debtor's plan being dismissed.

April 25, 2024

/s/ Cynthia A. Norton

Bankruptcy Judge

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WATTON LAW GROUP (595541) - ATTORNEY FOR DEBTOR(S)
AMAZON.COM SERVICES LLC (718739)

/s/ Richard V. Fink, Trustee

KH      /Order - Wage - Employer - Amended